[PUBLISH]

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 30, 2008
THOMAS K. KAHN
CLERK

No. 05-14631

D.C. Docket No. 03-00083-CR-CDL-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDDIE MILTON GAREY, JR.,
a.k.a. Miles Garey,
a.k.a. Milton Garey,
a.k.a. Eddie Garey,

Defendant-Appellant.

-------------------------
On Appeal from the United States District Court
for the Middle District of Georgia
-------------------------
**(September 30, 2008)**

BEFORE: EDMONDSON, Chief Judge, and TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Judges.

BY THE COURT:

The en banc Court having issued its opinion in this appeal, addressing the issue of Appellant's waiver of counsel, Appellant's sentencing issues are remanded back to the panel for resolution.

The mandate shall not issue until the sentencing issues are resolved by the panel.